IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SESAME WORKSHOP,<br><br>       Plaintiff,<br> v.<br><br>FAYSFASHIONS,<br><br>       Defendant. | Case No. 1:25 C 01392<br><br>**Judge LaShonda A. Hunt**<br><br>**Magistrate Judge Maria Valdez** |

## ORDER AUTHORIZING LIMITED EXPEDITED DISCOVERY

  This matter is before the Court on Plaintiff Sesame Workshop's ("Plaintiff") Motion for Expedited Discovery ("the Motion") against faysfashions ("Defendant"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion as follows.

1.  Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for Defendant, or in connection with Defendant, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay") (collectively, the "Third-Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to: the identity and location of Defendant, its affiliates, officers, agents, servants, employees, attorneys, confederates, and any persons acting in concert or participation with it, including all known contact information and all associated e-mail addresses.

IT IS SO ORDERED.

1

DATED:  February 28, 2025

_____
LaShonda A. Hunt
United States District Judge